```
                              United States Bankruptcy Court
                                 Northern District of Ohio
In re:                                                              Case No. 13-17695-pmc
Debra Renee Taylor                                                  Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0647-1         User: admin                 Page 1 of 1               Date Rcvd: Feb 12, 2014
                             Form ID: 234a               Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2014.
```
db              Debra Renee Taylor,    5889 Sweet Birch Drive,    Bedford Heights, OH 44146-3069
22689308       +Brecksville Surgery Center,    7001 S Edgerton Road Ste A,    Brecksville OH 44141-4207
22689312       +City of Cleveland Division of Water,    1201 Lakeside Avenue,    Cleveland OH 44114-1100
22689313       +Cleveland Eye Clinic,    7001 S Edgerton Road Ste B,    Brecksville OH 44141-4207
22689314       +Client Services Inc,    3451 Harry S Truman Blvd,    St Charles MO 63301-9816
22689316       +Everhome Mortgage Company,    Attn Bankruptcy,    301 West Bay Street,    Jacksonville FL 32202-5121
22689318       +James Colabianchi Esq,    PO Box 12903,    Norfolk VA 23541-0903
22689319        Keybank,    PO Box 93885,    Cleveland Ohio 44101-5885
22689321       +Northland Group Inc,    PO Box 390905,    Minneapolis MN 55439-0905
22689322       +PNC Bank NA,    1 Financial Parkway,    Kalamazoo MI 49009-8002
22689324       +Resurgent Mortgage Servicing,    PO Box 10587,    Grenville SC 29603-0587
22689327       +UH Regional Hospitals,    PO Box 77058,    Cleveland OH 44194-0015
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: QRABAUMGART.COM Feb 12 2014 21:58:00      Richard A Baumgart,    Ohio Savings Bank,
                 1801 East 9th Street,    #1100,    Cleveland, OH 44114-3169
22689307       +EDI: BECKLEE.COM Feb 12 2014 21:58:00      American Express,    PO Box 3001,
                 16 General Warren Blvd,    Malvern PA 19355-1245
22689311        EDI: CITICORP.COM Feb 12 2014 21:58:00      Citibank,    Attn Centralized Bankruptcy,
                 PO Box 20363,    Kansas City MO 64195
22689309       +EDI: CAPITALONE.COM Feb 12 2014 21:58:00      Capital One,    Attn Bankruptcy Deparment,
                 PO Box 30285,    Salt Lake City UT 84130-0285
22689310       +EDI: CHASE.COM Feb 12 2014 21:58:00      Chase,    Attn Bankruptcy,    PO Box 15298,
                 Wilmington DE 19850-5298
22689315       +E-mail/Text: electronicbkydocs@nelnet.net Feb 12 2014 22:04:04      Department of Education,
                 121 South 13th Street,    Lincoln NE 68508-1904
22689317       +EDI: RMSC.COM Feb 12 2014 21:58:00      GECRBGE Capital LOC,    PO Box 965005,
                 Orlando FL 32896-5005
22689320       +EDI: CBSKOHLS.COM Feb 12 2014 21:58:00      KohlsCapital One,    PO Box 3115,
                 Milwaukee WI 53201-3115
22689323        EDI: PRA.COM Feb 12 2014 21:58:00      Portfolio Recovery,    Attn Bankruptcy,    PO Box 41067,
                 Norfold VA 23541
22689325       +EDI: SALMAESERVICING.COM Feb 12 2014 21:58:00      Sallie Mae,    Attn Claims Department,
                 PO Box 9500,    Wilkes-Barre PA 18773-9500
22689326       +EDI: SEARS.COM Feb 12 2014 21:58:00      SearsCBNA,    PO Box 6189,    Sioux Falls SD 57117-6189
22689328        EDI: WFFC.COM Feb 12 2014 21:58:00      Wells Fargo,    Attn Bankruptcy,    PO Box 10438,
                 Des Moines IA 50306
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             HSBC Bank USA, National Association
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2014 at the address(es) listed below:
              Mark R Lembright    on behalf of Creditor   HSBC Bank USA, National Association
               mlembright@feltyandlembright.com
              Paul S. Kuzmickas    on behalf of Debtor Debra Renee Taylor pkuzmickas@lawlh.com,
               koconnor@lawlh.com;lsekanic@lawlh.com
              Richard A Baumgart    baumgart_trustee@dsb-law.com, rbaumgart@ecf.epiqsystems.com
                                                                                               TOTAL: 3
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**In re:**
Debra Renee Taylor

aka Debra Renee Taylor−

**Address:**
5889 Sweet Birch Drive
Bedford Heights, OH 44146−3069

**Last four digits of Social Security No.:**
xxx−xx−9477

**Case No.:** 13−17695−pmc

**Chapter:** 7

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** February 12, 2014
Form ohnb234

/s/ Pat E. Morgenstern−Clarren
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**